158 A.3d 583

PANASIA ESTATE, INC., AS ASSIGNEE FROM BANK OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CHANG S. LEE (A/K/A MICHAEL C. LEE AND SUK JONG MUN), DEFENDANTS–PETITIONERS, AND BANK ASIANA NEW YORK COMMUNITY BANK, SUCCESSOR TO SYNERGY BANK, STATE OF NEW JERSEY, NATHAN & NATHAN, INC., DEFENDANTS.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001242–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.